BENESCH ET AL. V. MITCHELSON ET AL.

*Appeal from Superior Court of Denver.*

HAYT, J.   In the case of *Joseph L. Benesch et al., appellants, v. Joseph C. Mitchelson et al., appellees,* the same questions are presented as are decided in the foregoing opinion (*ante,* p. 534); and upon the authority of the above case the judgment of the superior court of Denver in the latter case will also be affirmed.

*Affirmed.*